ELLIOTT C. COWDIN et al., Respondents, *v.* ALFRED TEAL, Appellant.

Upon appeal to this court from an order under subdivision 4 of section 11 of the Code, an undertaking is necessary.

(Argued June 20, 1876; decided September 19, 1876.)

THIS was a motion to dismiss, for want of an undertaking, an appeal from an order of General Term affirming an order of Special Term referring this action. *Held,* as above.

*J. D. Taylor* for the motion.

*H. A. Southworth* opposed.

*Per Curiam mem.* for granting motion.
All concur.
Appeal dismissed.